## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| JESSICA MARTINEZ, on behalf of herself and her minor son JOSE MARTINEZ, DAHLIA BRYAN, on behalf of herself and her minor children JORR MOORLEY, CURTIS MOORLEY, ALEC PATTERSON, and JAIDYN BRYAN, LESLIE RODRIGUEZ, on behalf of herself and her minor granddaughter NINA MARTINEZ, and FRANKIE FRANCES, on behalf of himself and his minor son, DYLON FRANCES,<br><br>        Plaintiffs,<br><br>    v.<br><br>DANNEL PATRICK MALLOY, in his official capacity as Governor of Connecticut, DIANNA WENTZELL, in her official capacity as Commissioner Designate of Education, KEVIN LEMBO, in his official capacity as State Comptroller, DENISE NAPPIER, in her official capacity as State Treasurer, and DENISE W. MERRILL, in her official capacity as Secretary of State<br><br>        Defendants. | Civil Action No.<br><br><br><br><br><br><br><br><br><br>August 23, 2016 |

### MOTION TO PERMIT MARCELLUS MCRAE TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 83.1(d), plaintiffs Jessica Martinez, on behalf of herself and her minor son Jose Martinez, Dahlia Bryan, on behalf of herself and her minor children Jorr Moorley, Curtis Moorley, Alec Patterson, and Jaidyn Bryan, Leslie Rodriguez, on behalf of herself and her minor granddaughter Nina Martinez, and Frankie Frances, on behalf of himself and his minor son, Dylon Frances, (collectively "Plaintiffs"), by and through their counsel, Kevin M. Smith, hereby move this Court to permit Attorney Marcellus McRae of the law firm

-2-

Gibson, Dunn & Crutcher LLP to appear *pro hac vice* in the above-captioned action on behalf of Plaintiffs.  In support of this motion, the undersigned shall rely upon the Declaration submitted by Marcellus McRae.

PLEASE TAKE NOTICE that the within application is made upon the papers, and unless counsel for the defendants otherwise object, no oral argument is requested.

WHEREFORE, Plaintiffs request that this Court grant Attorney Marcellus McRae permission to appear *pro hac vice* in this matter.

Respectfully submitted,

By:     */s/ Kevin M. Smith*
Kevin M. Smith (ct24774)
WIGGIN AND DANA LLP
One Century Tower
P.O. Box 1832
New Haven, CT  06508-1832
Tel.: (203) 498-4579
Fax: (203) 782-2889
E-mail: ksmith@wiggin.com

*Attorneys for Plaintiffs*

**CERTIFICATION**

I hereby certify that on August 23, 2016, a copy of the foregoing **Motion to Permit**

**Marcellus McRae** *Pro Hac Vice* was filed electronically and served by mail on anyone unable

to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation

of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as

indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's

CM/ECF System.

 

 

*/s/ Kevin M. Smith*
Kevin M. Smith (ct24774)
WIGGIN AND DANA LLP
One Century Tower
P.O. Box 1832
New Haven, Connecticut  06508-1832
Tel.: (203) 498-4579
Fax: (203) 782-2889
E-mail: ksmith@wiggin.com