IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JESSICA MARTINEZ, ET AL., | : | No. 3:16-cv-01439 (AWT) |
| *Plaintiffs*, | : | |
| | : | |
| v. | : | |
| | : | |
| DANNEL P. MALLOY, ET AL., | : | |
| *Defendants*. | : | MARCH 15, 2017 |

## CONSENT MOTION FOR LEAVE TO FILE AN OVERLENGTH REPLY BRIEF

Pursuant to Local Rule 7, Defendants hereby request leave to file a Reply Brief in further support of their Motion to Dismiss in excess of 10 pages. Defendants request an additional 5 pages for their Reply Brief. Counsel for Plaintiffs, Attorney Kevin Ring-Dowell, consents to this motion. In support of this motion Defendants represent as follows:

1. Plaintiffs' Complaint contains six different constitutional challenges to a statutory scheme related to charter and magnet schools and Open Choice opportunities in Connecticut. (Doc. No. 1).

2. Defendants filed a comprehensive Motion to Dismiss the Complaint on a variety of grounds that relate both to the merits of Plaintiffs' claims and to this Court's jurisdiction to hear them. (Doc. Nos. 26 and 26-1). Plaintiffs filed an opposition brief that raises several issues that require a substantive response. (Doc. No. 30).

3. Defendants' Reply Brief currently is due by March 27, 2017.

4. Due to the number and complexity of the issues in this case, Defendants request an additional 5 pages for their Reply Brief. The requested pages are reasonable and necessary, and will not unduly burden the Court. To the contrary, they will allow Defendants to provide a meaningful response to Plaintiffs' arguments, and will thereby help to facilitate the Court's resolution of the issues in this case.

1

5. Counsel for the Plaintiffs, Attorney Kevin Ring-Dowell, consents to this motion.

WHEREFORE, Defendants respectfully request an order from the Court permitting them to file an oversize Reply Brief in support of their Motion to Dismiss.

    Respectfully submitted,

    DEFENDANTS

    GEORGE JEPSEN
    ATTORNEY GENERAL

BY: */s/ Michael K. Skold*
    Michael K. Skold (ct28407)
    Darren P. Cunningham (ct25380)
    Assistant Attorney General
    Office of the Attorney General
    55 Elm Street
    Hartford, CT 06106
    860-808-5020 (phone)
    860-808-5347 (fax)
    Michael.Skold@ct.gov

## **CERTIFICATE OF SERVICE**

  I hereby certify that on March 15, 2017, a copy of the foregoing was electronically filed. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

              */s/ Michael K. Skold*
              Michael K. Skold
              Assistant Attorney General